UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                          PLAINTIFF

VS.                  CASE NO. 2:20cr20014-004

ALEXIS TIRADO                                     DEFENDANT

MOTION FOR EXTENSION OF TIME TO RESPOND TO PSR

Comes now the Defendant, Alexis Tirado, by and through her counsel, Russell A. Wood of the Wood Law Firm, and in support of this Motion states as follows:

1. Defendant request an additional 10 days to respond to the PSR.

2. Counsel for Tirado still needs to review a few aspects of the PSR with Tirado.

3. An Order extending the time to review and respond to the PSR is requested in this matter so that counsel can properly represent Mr. Tirado.

4. No prejudice will result from granting of an extension.

5. The Assistant United States Attorney Brandon Carter does not oppose the request for continuance.

6. This Motion is brought in good faith and not for the purpose of delay or for any other improper purpose.

WHEREFORE, Defendant respectfully requests that this Motion for Extension of Time of at least 10 days be granted.

1

Respectfully submitted,

**ALEXIS TIRADO**

By      Russell A. Wood (#2001137)
**Wood Law Firm, P.A.**
501 East 4th Street, Ste. #4
Russellville, AR 72801
Phone: (479) 967-9663
Fax: (479) 967-9664
*woodlaw@suddenlinkmail.com*
Counsel for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on December 16, 2020 using the CM/ECF System which will send notification of such filing to the following: Brandon Carter: brandon.t.carter@usdoj.gov  and I hereby certify that I have mailed the document by the United States Postal Service to the following non- CM/ECF participants:  none.


Russell A. Wood_____

Russell A. Wood (#2001137)
**Wood Law Firm, P.A.**
501 East 4th Street, Ste. #4
Russellville, AR 72801
Phone: (479) 967-9663
Fax: (479) 967-9664
*woodlaw@suddenlinkmail.com*