WESTERN DIST ARKANSAS
FILED
JAN - 6 2021
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

20-20014-004

Dear Honorable P.K. Holmes,

This letter is in regards to changing my defense attorney for the following reasons. My current attorney Russell Woods is not taking my situation seriously. He is not putting up any type of fight or argument in my defense or in regards to my situation. Mr. Woods has simply told me and made me feel that there is nothing he can do for me. Not once has he mentioned what he has tried or attempted to do for me on my case and simply just states to me what I have done. To make matters worse when asked questions he gets rude and defensive towards me. Which then makes me feel as if it is wrong to have questions or doubts about my case. An attorney is supposed let their client know and feel that they are going to support and defend the client and their case. Mr. Woods has failed to show me that he is here to help me and has conducted himself as a prosecuting attorney. He states the only way he can help me is by cooperating which has been done already and it seems that is the only thing he cares about my cooperation. Being a citizen of the United States of America and to be treated in such manner is unconstitutional a violation of the amendments and unjust.

Sincerely,

Alexis Tirado

Alexis Tirado
801 South A st
Fort Smith, AR, 72901

72901-243599

Honorable P.K. Holmes
30 S 6th St #317
Fort Smith, AR, 72901

NW ARKANSAS AR 727
4 JAN 2021 PM 2 L